UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CRIMINAL MINUTES – SENTENCING

Case No.  7:23-CR-014-DCR-001            at:  Pikeville            Date:  January 23, 2025

USA vs. Virgil Saylor                    X  present        custody        bond        X   OR        Age

DOCKET ENTRY: The parties appeared for a sentencing hearing as noted.  United States Probation Officer Derek Vonckx also was present.  The Court adopted the findings and guideline calculations set out in the Presentence Report ("PSR") as modified by the Addendum as well as the additional findings in support of the ruling on the objection to the report. The PSR shall be filed in the record under seal pursuant to Rule 32 of the Federal Rules of Criminal Procedure. The defendant's objection to ¶ 30, the three-level enhancement for role in the offense pursuant to U.S.S.G. §3B1.1(b) was **SUSTAINED** for the reasons stated on the record. The Court's ruling qualifies the defendant for a two-level decrease under §3B1.2(b) for being a zero-point offender. However, the Court applied a three-level upward departure under U.S.S.G. § 5K2.0 pursuant to application note 2 to U.S.S.G. § 3B1.1.  The defendant's objection for failure to include a two-level mitigating role reduction under U.S.S.G. § 3B1.2 was **OVERRULED.** The government's oral motion for a three-level reduction for acceptance credit was **SUSTAINED** and the oral motion to dismiss Count 2 of the Indictment was **SUSTAINED**, effective upon entry of the Judgment. The defendant's oral motion for a variance (i.e., probation or home detention) was **DENIED**. The parties were advised of their appellate rights.

PRESENT:  HON. DANNY C. REEVES, CHIEF U. S. DISTRICT JUDGE

| Tara Adkins | ECR | none | Kate K. Smith |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

I, **Tara Adkins**, Deputy Clerk, **CERTIFY** the official record of this proceeding is an audio file. KYED-PIK_7-24-cr-14-1 & 2_20250123_125818

Counsel for Defendant      Russell D. Alred            X  present        X  retained        appointed

PROCEEDINGS:  **SENTENCING** (Evidentiary)

__X__    Objection to Presentence Report

_____    No objections to Presentence Report.

__X__    After the fourteen-day period has passed for filing a notice of appeal, counsel for the defendant is directed to file a notice with the Court confirming that he has again conferred with the defendant regarding his appellate rights and, if the defendant chooses not to file a notice of appeal, indicating such in the notice.  If a notice of appeal is filed, counsel need not file this information with the Court.

_____    The Court Reporter shall transcribe the proceedings of the hearing on the Objections to the Presentence Report and file in the record.

_____    Court's Advice of Right to Appeal read and provided to defendant.

_____    Transcript shall be deemed as written findings of Court.

1

  X       Judgment shall be entered (See Judgment & Commitment.)

  X       Defendant shall remain on bond subject to conditions previously imposed by this Court.

Copies: COR, USP, USM
Initials of Deputy Clerk: TDA
TIC: 0/56